Wylie P. Cashman, Esq., SBN. 098054
527 15th Street
Post Office Box I 100
Modesto, CA 95353-1100
(209) 523-6795 - Telephone
lawcashman@sbcglobal.net

Attorney for JOHN C. ILLIAMS, Plaintiff, on his own behalf and as spouse and petitioner regarding the Estate of LOUISE E. WILLIAMS

MCQUIREWOODS, LLP
Salwa S. Kamal, Esq., SBN. 327108
Two Embarcadero Center, Suite 1300 San Francisco, CA 94111-3821
Telephone: ( 415) 8449944
Facs1mile: (415) 844-9922
E-Mail: skamal@mcquirewoods.com

Attorneys for BANK OF AMERICA, N. A., Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN C. WILLIAMS and LOUISE E. WILLIAMS,<br>Plaintiffs,<br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, formerly doing business as BANC OF AMERICA SPECIALTY FINANCE, INC.; and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-02909-DJC-JDP<br><br>**ORDER TO CONTINUE FINAL PRETRIAL CONFERENCE**<br><br>District Judge Daniel J. Calabretta<br>Magistrate Judge Jeremy D. Peterson |

**ORDER**

The parties having stipulated and requested through respective counsel that the Final Pretrial Conference be continued and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The Final Pretrial Conference presently scheduled for November 12, 2026 at 1:30 p.m. in Courtroom 7 shall be continued to December 3, 2026 at 1:30 p.m. in Courtroom 7.

2. The Joint Pretrial Statement of the parties shall be filed at least seven (7) days before the Final Pretrial Conference pursuant to local rules and the Standing Order in Civil Cases.

3. In the event that a settlement of this case is achieved between the parties, a Notice of Settlement and thereafter a Stipulation for Dismissal with prejudice of the Complaint and the Answer shall be immediately thereafter filed with the Court.

Dated: November 5, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE